NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1266

WIAV SOLUTIONS LLC,

Plaintiff-Appellant,

v.

MOTOROLA, INC., NOKIA CORPORATION, NOKIA INC.,
PALM, INC., PERSONAL COMMUNICATIONS DEVICES LLC,
PERSONAL COMMUNICATION DEVICES HOLDINGS, LLC,
SONY ERICSSON MOBILE COMMUNICATIONS AB,
SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.,
and UTSTARCOM, INC.,

Defendants-Appellees,

and

MINDSPEED TECHNOLOGIES, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia
in case no. 09-CV-0447, Senior Judge Robert E. Payne.

ON MOTION

ORDER

WiAV Solutions LLC submits a motion to expedite the briefing schedule and disposition of this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response from the appellees is due no later than noon on Friday, April 2, 2010.

FOR THE COURT

MAR 3 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Christopher S. Schultz, Esq.
     Brian G. Arnold, Esq.
     Andrew R. Sommer, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2010

JAN HORBALY
CLERK

2010-1266                    - 2 -